# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

1. JAMES W. MAYFIELD, )
2. TERRY DURHAM, )
3. EDMUND MIDDLETON, )
4. MIKE MATHIS, )
   )
   Plaintiffs, )
   )
   vs. ) Case No.: CIV-06-571W
   )
   )
5. NATIONAL BASKETBALL ASSOCIATION, )
6. ATLANTA HAWKS, )
7. BOSTON CELTICS, )
8. CHICAGO BULLS, )
9. CHARLOTTE BOBCATS, )
10. CLEVELAND CAVALIERS, )
11. DALLAS MAVERICKS, )
12. DENVER NUGGETS, )
13. DETROIT PISTONS, )
14. GOLDEN STATE WARRIORS, )
15. HOUSTON ROCKETS, )
16. INDIANA PACERS, )
17. LOS ANGELES CLIPPERS, )
18. LOS ANGELES LAKERS, )
19. MEMPHIS GRIZZLIES, )
20. MIAMI HEAT, )
21. MILWAUKEE BUCKS, )
22. MINNESOTA TIMBERWOLVES, )
23. NEW JERSEY NETS, )
24. NEW ORLEANS/OKLAHOMA CITY HORNETS, )
25. NEW YORK KNICKS, )
26. ORLANDO MAGIC, )
27. PHILADELPHIA SEVENTY-SIXERS, )
28. PHOENIX SUNS, )
29. PORTLAND TRAILBLAZERS, )
30. SACRAMENTO KINGS, )
31. SAN ANTONIO SPURS, )
32. SEATTLE SUPERSONICS, )
33. TORONTO RAPTORS, )
34. UTAH JAZZ, )
35. WASHINGTON WIZARDS, )
36. NBA PROPERTIES, INC., )
37. NBA ENTERTAINMENT, INC., )

Dockets.Justia.com

| | | |
|---|---|---|
| **38.** | **NBA MEDIA VENTURES LLC,** | ) |
| **39.** | **THE GUARDIAN,** | ) |
| **40.** | **DENTAL GUARD PREFERRED,** | ) |
| **41.** | **UNUM LIFE INSURANCE COMPANY** | ) |
| | **OF AMERICA,** | ) |
| **42.** | **ALL THE PAST, CURRENT AND FUTURE** | ) |
| | **OWNERS, AFFILIATES, SUBSIDIARIES,** | ) |
| | **WELFARE AND RETIREMENT PLANS,** | ) |
| | **DIRECTORS, OFFICERS, EMPLOYEES,** | ) |
| | **AGENTS, PARTNERS AND SHAREHOLDERS** | ) |
| | **OF ANY OF THE FOREGOING** | ) |
| | | ) |
| | **Defendants.** | ) |

## ENTRY OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as counsel of record in this case for Plaintiffs.

I certify that I am admitted to practice in this Court.

Dated this 24th day of May 2006.

                                                      Respectfully submitted,

                                                      s/David Little
                                                    David Little, OBA#14407
                                                    115 E. California – Bricktown
                                                    Miller-Jackson Bldg., Suite 350
                                                    Oklahoma City, OK  73104
                                                    Telephone: (405)236-4200
                                                    Facsimile: (405) 236-4205

                                                    **ATTORNEY FOR PLAINTIFFS**