Mayfield et al v. National Basketball Association et al                                                                 Doc. 3

```
        UNITED STATES
        DISTRICT COURT
      Western District of Oklahoma
         Oklahoma City Division

         # 116556 - PW
          May 26, 2006

   Code    Case #     Qty    Amount

   CIVIL   1-06-CV-571         350.00 C
   H
    Judge   - Lee West
    Litigate - MAYFIELD V. NCA


   Total->              350.00


   FROM: DAVID W. LITTLE, P.C.
```