IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

**SEP 2 2 2006**

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ bs _____ DEPUTY

| | | |
|---|---|---|
| JAMES W. MAYFIELD et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. CIV-06-571-W |
| | ) | |
| NATIONAL BASKETBALL | ) | |
| ASSOCIATION et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the record, the Court GRANTS the plaintiffs' Motion to Stay

Proceedings Pending Arbitration filed on September 21, 2006, and GRANTS the

plaintiffs an additional ninety (90) days, up to and including Wednesday, December

20, 2006, to obtain service of process on the defendants.

ENTERED this 22ᵈ day of September, 2006.

Mayfield et al v. National Basketball Association et al                                                    Doc. 5

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE