IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES W. MAYFIELD et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. CIV-06-571-W |
| ) | |
| NATIONAL BASKETBALL ) | |
| ASSOCIATION et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon review of the record, the Court GRANTS the plaintiffs' Motion to Stay Proceedings Pending Arbitration [Doc. 7][1] filed on December 15, 2006, and GRANTS the plaintiffs an additional ninety (90) days, up to and including March 20, 2007, to obtain service of process on the defendants.

ENTERED this 15th day of December, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

Mayfield et al v. National Basketball Association et al    Doc. 8

---

[1] The Court STRIKES as inadvertently filed the plaintiffs' Motion to Stay Proceedings Pending Arbitration [Doc. 6] dated December 14, 2006.