IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | JAMES W. MAYFIELD, | ) |
| 2. | TERRY DURHAM, | ) |
| 3. | EDMUND MIDDLETON, | ) |
| 4. | MIKE MATHIS, | ) |
| | | ) |
| | Plaintiffs, | ) |
| | | ) |
| | vs. | ) Case No.: CIV-06-571W |
| | | ) |
| | | ) |
| 5. | NATIONAL BASKETBALL ASSOCIATION, | ) |
| 6. | ATLANTA HAWKS, | ) |
| 7. | BOSTON CELTICS, | ) |
| 8. | CHICAGO BULLS, | ) |
| 9. | CHARLOTTE BOBCATS, | ) |
| 10. | CLEVELAND CAVALIERS, | ) |
| 11. | DALLAS MAVERICKS, | ) |
| 12. | DENVER NUGGETS, | ) |
| 13. | DETROIT PISTONS, | ) |
| 14. | GOLDEN STATE WARRIORS, | ) |
| 15. | HOUSTON ROCKETS, | ) |
| 16. | INDIANA PACERS, | ) |
| 17. | LOS ANGELES CLIPPERS, | ) |
| 18. | LOS ANGELES LAKERS, | ) |
| 19. | MEMPHIS GRIZZLIES, | ) |
| 20. | MIAMI HEAT, | ) |
| 21. | MILWAUKEE BUCKS, | ) |
| 22. | MINNESOTA TIMBERWOLVES, | ) |
| 23. | NEW JERSEY NETS, | ) |
| 24. | NEW ORLEANS/OKLAHOMA CITY HORNETS, | ) |
| 25. | NEW YORK KNICKS, | ) |
| 26. | ORLANDO MAGIC, | ) |
| 27. | PHILADELPHIA SEVENTY-SIXERS, | ) |
| 28. | PHOENIX SUNS, | ) |
| 29. | PORTLAND TRAILBLAZERS, | ) |
| 30. | SACRAMENTO KINGS, | ) |
| 31. | SAN ANTONIO SPURS, | ) |
| 32. | SEATTLE SUPERSONICS, | ) |
| 33. | TORONTO RAPTORS, | ) |
| 34. | UTAH JAZZ, | ) |
| 35. | WASHINGTON WIZARDS, | ) |
| 36. | NBA PROPERTIES, INC., | ) |
| 37. | NBA ENTERTAINMENT, INC., | ) |

Mayfield et al v. National Basketball Association et al    Doc. 9

| | | |
|---|---|---|
| 38. | NBA MEDIA VENTURES LLC, | ) |
| 39. | THE GUARDIAN, | ) |
| 40. | DENTAL GUARD PREFERRED, | ) |
| 41. | UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| 42. | ALL THE PAST, CURRENT AND FUTURE OWNERS, AFFILIATES, SUBSIDIARIES, WELFARE AND RETIREMENT PLANS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND SHAREHOLDERS OF ANY OF THE FOREGOING | ) ) ) ) ) ) |
| | Defendants. | ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:    New Orleans/Oklahoma City Hornets
Paliotta Armand
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr
Oklahoma City, OK 73102

**GREETINGS!** You have been sued by the above named Plaintiffs, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this __16__ day of March 2007.

David W. Little, OBA # 14407
115 E. California - Bricktown
Miller-Jackson Building, Suite 350
Oklahoma City, OK 73104-2418
telephone: (405) 236-4290
facsimile: (405) 236-4205
toll free: (888) 236-6791
ATTORNEY FOR PLAINTIFFS        ROBERT D. DENNIS, COURT CLERK

_____
Deputy Court Clerk

This summons was served by Certified Mail on the __20th__ day of March 2007.

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT.

440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |

| | |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare ... information contained in the ...

Executed on ___

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   New Orleans/OKC
   Hornets
   1600 Bank of Okla. Plaza
   201 Robert S Kerr
   OKC, OK 73102

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Phyllis M Cal...*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

... who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.