IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | JAMES W. MAYFIELD, | ) |
| 2. | TERRY DURHAM, | ) |
| 3. | EDMUND MIDDLETON, | ) |
| 4. | MIKE MATHIS, | ) |
| | | ) |
| | Plaintiffs, | ) |
| | | ) |
| | vs. | ) Case No.: CIV-06-571W |
| | | ) |
| | | ) |
| 5. | NATIONAL BASKETBALL ASSOCIATION, | ) |
| 6. | ATLANTA HAWKS, | ) |
| 7. | BOSTON CELTICS, | ) |
| 8. | CHICAGO BULLS, | ) |
| 9. | CHARLOTTE BOBCATS, | ) |
| 10. | CLEVELAND CAVALIERS, | ) |
| 11. | DALLAS MAVERICKS, | ) |
| 12. | DENVER NUGGETS, | ) |
| 13. | DETROIT PISTONS, | ) |
| 14. | GOLDEN STATE WARRIORS, | ) |
| 15. | HOUSTON ROCKETS, | ) |
| 16. | INDIANA PACERS, | ) |
| 17. | LOS ANGELES CLIPPERS, | ) |
| 18. | LOS ANGELES LAKERS, | ) |
| 19. | MEMPHIS GRIZZLIES, | ) |
| 20. | MIAMI HEAT, | ) |
| 21. | MILWAUKEE BUCKS, | ) |
| 22. | MINNESOTA TIMBERWOLVES, | ) |
| 23. | NEW JERSEY NETS, | ) |
| 24. | NEW ORLEANS/OKLAHOMA CITY HORNETS, | ) |
| 25. | NEW YORK KNICKS, | ) |
| 26. | ORLANDO MAGIC, | ) |
| 27. | PHILADELPHIA SEVENTY-SIXERS, | ) |
| 28. | PHOENIX SUNS, | ) |
| 29. | PORTLAND TRAILBLAZERS, | ) |
| 30. | SACRAMENTO KINGS, | ) |
| 31. | SAN ANTONIO SPURS, | ) |
| 32. | SEATTLE SUPERSONICS, | ) |
| 33. | TORONTO RAPTORS, | ) |
| 34. | UTAH JAZZ, | ) |
| 35. | WASHINGTON WIZARDS, | ) |
| 36. | NBA PROPERTIES, INC., | ) |
| 37. | NBA ENTERTAINMENT, INC., | ) |

EB4227624B1US

Mayfield et al v. National Basketball Association et al                    Doc. 10

| | | |
|---|---|---|
| 38. | NBA MEDIA VENTURES LLC, | ) |
| 39. | THE GUARDIAN, | ) |
| 40. | DENTAL GUARD PREFERRED, | ) |
| 41. | UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) |
| 42. | ALL THE PAST, CURRENT AND FUTURE OWNERS, AFFILIATES, SUBSIDIARIES, WELFARE AND RETIREMENT PLANS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND SHAREHOLDERS OF ANY OF THE FOREGOING | ) ) ) ) ) ) |
| | Defendants. | ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:   NBA Entertainment, Inc.
National Basketball Association
645 Fifth Avenue
New York, New York 10022

**GREETINGS!** You have been sued by the above named Plaintiffs, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 16st day of March 2007.

David W. Little, OBA # 14407
115 E. California  Bricktown
Miller-Jackson Building, Suite 350
Oklahoma City, OK 73104-2418
telephone: (405) 236-4200
facsimile: (405) 236-4205
toll free: (888) 236-6791
ATTORNEY FOR PLAINTIFFS

ROBERT D. DENNIS, COURT CLERK

_____
Deputy Court Clerk

This summons was served by Certified Mail on the 19th day of March 2007.

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT.



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EB42 2762 481U S**
Status: **Delivered**

Your item was delivered at 10:57 AM on March 19, 2007 in NEW YORK, NY 10022. The item was signed for by E VILLEGE.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email    Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail    Go >



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JAMES W. MAYFIELD, | ) | |
| 2. TERRY DURHAM, | ) | |
| 3. EDMUND MIDDLETON, | ) | |
| 4. MIKE MATHIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-06-571W |
| | ) | |
| | ) | |
| 5. NATIONAL BASKETBALL ASSOCIATION, | ) | |
| 6. ATLANTA HAWKS, | ) | |
| 7. BOSTON CELTICS, | ) | |
| 8. CHICAGO BULLS, | ) | |
| 9. CHARLOTTE BOBCATS, | ) | |
| 10. CLEVELAND CAVALIERS, | ) | |
| 11. DALLAS MAVERICKS, | ) | |
| 12. DENVER NUGGETS, | ) | |
| 13. DETROIT PISTONS, | ) | |
| 14. GOLDEN STATE WARRIORS, | ) | |
| 15. HOUSTON ROCKETS, | ) | |
| 16. INDIANA PACERS, | ) | |
| 17. LOS ANGELES CLIPPERS, | ) | |
| 18. LOS ANGELES LAKERS, | ) | |
| 19. MEMPHIS GRIZZLIES, | ) | |
| 20. MIAMI HEAT, | ) | |
| 21. MILWAUKEE BUCKS, | ) | |
| 22. MINNESOTA TIMBERWOLVES, | ) | |
| 23. NEW JERSEY NETS, | ) | |
| 24. NEW ORLEANS/OKLAHOMA CITY HORNETS, | ) | |
| 25. NEW YORK KNICKS, | ) | |
| 26. ORLANDO MAGIC, | ) | |
| 27. PHILADELPHIA SEVENTY-SIXERS, | ) | |
| 28. PHOENIX SUNS, | ) | |
| 29. PORTLAND TRAILBLAZERS, | ) | |
| 30. SACRAMENTO KINGS, | ) | |
| 31. SAN ANTONIO SPURS, | ) | |
| 32. SEATTLE SUPERSONICS, | ) | |
| 33. TORONTO RAPTORS, | ) | |
| 34. UTAH JAZZ, | ) | |
| 35. WASHINGTON WIZARDS, | ) | |
| 36. NBA PROPERTIES, INC., | ) | |
| 37. NBA ENTERTAINMENT, INC., | ) | |

EB422762495US

| | | |
|---|---|---|
| 38. | NBA MEDIA VENTURES LLC, | ) |
| 39. | THE GUARDIAN, | ) |
| 40. | DENTAL GUARD PREFERRED, | ) |
| 41. | UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| 42. | ALL THE PAST, CURRENT AND FUTURE OWNERS, AFFILIATES, SUBSIDIARIES, WELFARE AND RETIREMENT PLANS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND SHAREHOLDERS OF ANY OF THE FOREGOING | ) ) ) ) ) ) |
| | Defendants. | ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:   NBA Properties, Inc.
National Basketball Association
645 Fifth Avenue
New York, New York 10022

**GREETINGS!** You have been sued by the above named Plaintiffs, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 16th day of March 2007.

David W. Little, OBA # 14407
115 E. California - Bricktown
Miller-Jackson Building, Suite 350
Oklahoma City, OK 73104-2418
telephone: (405) 236-4200
facsimile: (405) 236-4205
toll free: (888) 236-6791
ATTORNEY FOR PLAINTIFFS

ROBERT D. DENNIS, COURT CLERK

Deputy Court Clerk

This summons was served by Certified Mail on the 19th day of March 2007

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT.



UNITED STATES POSTAL SERVICE.

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **EB42 2762 495U S**
Status: **Delivered**

Your item was delivered at 10:57 AM on March 19, 2007 in NEW YORK, NY 10022. The item was signed for by F VILLEGE.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email    Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail    Go >



POSTAL INSPECTORS    site map  contact us  government services  jobs  National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | JAMES W. MAYFIELD, | ) |
| 2. | TERRY DURHAM, | ) |
| 3. | EDMUND MIDDLETON, | ) |
| 4. | MIKE MATHIS, | ) |
| | | ) |
| | Plaintiffs, | ) |
| | | ) |
| | vs. | )   Case No.:  CIV-06-571W |
| | | ) |
| | | ) |
| 5. | NATIONAL BASKETBALL ASSOCIATION, | ) |
| 6. | ATLANTA HAWKS, | ) |
| 7. | BOSTON CELTICS, | ) |
| 8. | CHICAGO BULLS, | ) |
| 9. | CHARLOTTE BOBCATS, | ) |
| 10. | CLEVELAND CAVALIERS, | ) |
| 11. | DALLAS MAVERICKS, | ) |
| 12. | DENVER NUGGETS, | ) |
| 13. | DETROIT PISTONS, | ) |
| 14. | GOLDEN STATE WARRIORS, | ) |
| 15. | HOUSTON ROCKETS, | ) |
| 16. | INDIANA PACERS, | ) |
| 17. | LOS ANGELES CLIPPERS, | ) |
| 18. | LOS ANGELES LAKERS, | ) |
| 19. | MEMPHIS GRIZZLIES, | ) |
| 20. | MIAMI HEAT, | ) |
| 21. | MILWAUKEE BUCKS, | ) |
| 22. | MINNESOTA TIMBERWOLVES, | ) |
| 23. | NEW JERSEY NETS, | ) |
| 24. | NEW ORLEANS/OKLAHOMA CITY HORNETS, | ) |
| 25. | NEW YORK KNICKS, | ) |
| 26. | ORLANDO MAGIC, | ) |
| 27. | PHILADELPHIA SEVENTY-SIXERS, | ) |
| 28. | PHOENIX SUNS, | ) |
| 29. | PORTLAND TRAILBLAZERS, | ) |
| 30. | SACRAMENTO KINGS, | ) |
| 31. | SAN ANTONIO SPURS, | ) |
| 32. | SEATTLE SUPERSONICS, | ) |
| 33. | TORONTO RAPTORS, | ) |
| 34. | UTAH JAZZ, | ) |
| 35. | WASHINGTON WIZARDS, | ) |
| 36. | NBA PROPERTIES, INC., | ) |
| 37. | NBA ENTERTAINMENT, INC., | ) |

| | | |
|---|---|---|
| 38. | NBA MEDIA VENTURES LLC, | ) |
| 39. | THE GUARDIAN, | ) |
| 40. | DENTAL GUARD PREFERRED, | ) |
| 41. | UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) |
| 42. | ALL THE PAST, CURRENT AND FUTURE OWNERS, AFFILIATES, SUBSIDIARIES, WELFARE AND RETIREMENT PLANS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND SHAREHOLDERS OF ANY OF THE FOREGOING | ) ) ) ) ) ) ) |
| | Defendants. | ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:    National Basketball Association
Plan Administrator
National Basketball Association
645 Fifth Avenue
New York, New York 10022

**GREETINGS!** You have been sued by the above named Plaintiffs, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 16th day of March 2007.

David W. Little, OBA # 14407
115 E. California - Bricktown
Miller-Jackson Building, Suite 350
Oklahoma City, OK 73104-2418
telephone: (405) 236-4200
facsimile: (405) 236-4205
toll free: (888) 236-6791
ATTORNEY FOR PLAINTIFFS

ROBERT D. DENNIS, COURT CLERK

Deputy Court Clerk

This summons was served by Certified Mail on the 19th day of March 2007.

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT.

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EB42 2762 504U S**
Status: **Delivered**

Your item was delivered at 10:57 AM on March 19, 2007 in NEW YORK, NY 10022. The item was signed for by E. VILLEGE.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   Go >

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    4/5/2007

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | JAMES W. MAYFIELD, | ) |
| 2. | TERRY DURHAM, | ) |
| 3. | EDMUND MIDDLETON, | ) |
| 4. | MIKE MATHIS, | ) |
| | | ) |
| | Plaintiffs, | ) |
| | | ) |
| | vs. | ) Case No.: CIV-06-571W |
| | | ) |
| | | ) |
| 5. | NATIONAL BASKETBALL ASSOCIATION, | ) |
| 6. | ATLANTA HAWKS, | ) |
| 7. | BOSTON CELTICS, | ) |
| 8. | CHICAGO BULLS, | ) |
| 9. | CHARLOTTE BOBCATS, | ) |
| 10. | CLEVELAND CAVALIERS, | ) |
| 11. | DALLAS MAVERICKS, | ) |
| 12. | DENVER NUGGETS, | ) |
| 13. | DETROIT PISTONS, | ) |
| 14. | GOLDEN STATE WARRIORS, | ) |
| 15. | HOUSTON ROCKETS, | ) |
| 16. | INDIANA PACERS, | ) |
| 17. | LOS ANGELES CLIPPERS, | ) |
| 18. | LOS ANGELES LAKERS, | ) |
| 19. | MEMPHIS GRIZZLIES, | ) |
| 20. | MIAMI HEAT, | ) |
| 21. | MILWAUKEE BUCKS, | ) |
| 22. | MINNESOTA TIMBERWOLVES, | ) |
| 23. | NEW JERSEY NETS, | ) |
| 24. | NEW ORLEANS/OKLAHOMA CITY HORNETS, | ) |
| 25. | NEW YORK KNICKS, | ) |
| 26. | ORLANDO MAGIC, | ) |
| 27. | PHILADELPHIA SEVENTY-SIXERS, | ) |
| 28. | PHOENIX SUNS, | ) |
| 29. | PORTLAND TRAILBLAZERS, | ) |
| 30. | SACRAMENTO KINGS, | ) |
| 31. | SAN ANTONIO SPURS, | ) |
| 32. | SEATTLE SUPERSONICS, | ) |
| 33. | TORONTO RAPTORS, | ) |
| 34. | UTAH JAZZ, | ) |
| 35. | WASHINGTON WIZARDS, | ) |
| 36. | NBA PROPERTIES, INC., | ) |
| 37. | NBA ENTERTAINMENT, INC., | ) |

EB422762478US

| | | |
|---|---|---|
| 38. | NBA MEDIA VENTURES LLC, | ) |
| 39. | THE GUARDIAN, | ) |
| 40. | DENTAL GUARD PREFERRED, | ) |
| 41. | UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| 42. | ALL THE PAST, CURRENT AND FUTURE OWNERS, AFFILIATES, SUBSIDIARIES, WELFARE AND RETIREMENT PLANS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND SHAREHOLDERS OF ANY OF THE FOREGOING | ) |
| | Defendants. | ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:    NBA Media Ventures, LLC
National Basketball Association
645 Fifth Avenue
New York, New York 10022

**GREETINGS!** You have been sued by the above named Plaintiffs, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 16th day of March 2007.

David W. Little, OBA # 14407
115 E. California  Bricktown
Miller-Jackson Building, Suite 350
Oklahoma City, OK  73104-2418
telephone: (405) 236-4200
facsimile: (405) 236-4205
toll free  (888) 236-6791
ATTORNEY FOR PLAINTIFFS

ROBERT D. DENNIS, COURT CLERK

_[signature]_
Deputy Court Clerk

This summons was served by Certified Mail on the 19th day of March 2007

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EB42 2762 478U S**
Status: **Delivered**

Your item was delivered at 10:57 AM on March 19, 2007 in NEW YORK, NY 10022. The item was signed for by E VILLEGE.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail    Go >



POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

