## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES W. MAYFIELD, et al.,** | ) |
|         **Plaintiffs,** | ) |
| vs. | )    Case No. CIV-06-571W |
| **NATIONAL BASKETBALL ASSOCIATION, et al.,** | ) |
|         **Defendants.** | ) |

### UNOPPOSED MOTION OF NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA ENTERTAINMENT, INC., NBA MEDIA VENTURES, LLC, AND THE NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants, National Basketball Association (the "**NBA**"), NBA Properties, Inc., NBA Entertainment, Inc., a division of NBA Properties, Inc., and NBA Media Ventures, LLC (collectively, the "**NBA Defendants**") and New Orleans Hornets NBA Limited Partnership (the "**Hornets**"), respectfully submit this unopposed Motion requesting that the Court grant them an extension of time to answer or otherwise respond to the Complaint. In support of this Motion, the NBA Defendants and Hornets state the following:

    1.      The Complaint was filed on May 24, 2006.

    2.      The NBA Defendants received service by regular mail of the Summons and Complaint on March 20, 2007.

    3.      The Hornets received service by certified mail of the Summons and Complaint on March 20, 2007.

4. Counsel have conferred and agreed upon a thirty (30) day extension, or until May 9, 2007, as the date for the NBA Defendants and Hornets to answer or otherwise respond to the Complaint.

5. This request is made to allow the NBA Defendants and Hornets adequate time to prepare responses.

6. In filing this Motion, the NBA Defendants and Hornets reserve the right to raise any and all applicable defenses, including, but not limited to, lack of jurisdiction and lack of sufficient service.

WHEREFORE, the NBA Defendants and Hornets request that the Court issue an order, allowing them until and including May 9, 2007 to answer or otherwise respond to the Complaint.

Respectfully submitted,

 s/Stephanie A. Horton
Graydon Dean Luthey, Jr., OBA #5568
Stephanie A. Horton, OBA #19834
HALL, ESTILL, HARDWICK, GABLE,
 GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma 74103-3708
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
dluthey@hallestill.com
shorton@hallestill.com

**ATTORNEYS FOR DEFENDANTS NATIONAL BASKETBALL ASSOCIATION, NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, NBA PROPERTIES, INC., NBA ENTERTAINMENT, INC., AND NBA MEDIA VENTURES, LLC.**

3

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David W. Little
Law Offices of David Little
115 E. California Street
Suite 350
Oklahoma City, OK 73104
davidwlittle@msn.com

                                                                              ____s/Stephanie A. Horton_____

719684.1:620132:01310