## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES W. MAYFIELD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | )    **Case No. CIV-06-571W** |
| | ) |
| **NATIONAL BASKETBALL** | ) |
| **ASSOCIATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ENTRY OF APPEARANCE

Stephanie A. Horton of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. enters her

appearance on behalf of Defendants National Basketball Association (the "**NBA**"), NBA

Properties, Inc., NBA Entertainment, Inc., a division of NBA Properties, Inc., and NBA Media

Ventures, LLC, (the "**NBA Defendants**") and New Orleans Hornets NBA Limited Partnership

(the "**Hornets**").

                                Respectfully submitted,


                           __s/Stephanie A. Horton_____
                           Graydon Dean Luthey, Jr., OBA #5568
                           Stephanie A. Horton, OBA #19834
                           HALL, ESTILL, HARDWICK, GABLE,
                            GOLDEN & NELSON, P.C.
                           320 South Boston Avenue, Suite 400
                           Tulsa, Oklahoma 74103-3708
                           Telephone:  (918) 594-0400
                           Facsimile:  (918) 594-0505
                           dluthey@hallestill.com
                           shorton@hallestill.com

1

Dockets.Justia.com

**ATTORNEYS FOR DEFENDANTS
NATIONAL BASKETBALL
ASSOCIATION, NEW ORLEANS
HORNETS NBA LIMITED
PARTNERSHIP, NBA PROPERTIES, INC.,
NBA ENTERTAINMENT, INC. AND NBA
MEDIA VENTURES, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David W. Little
Law Offices of David Little
115 E. California Street
Suite 350
Oklahoma City, OK 73104
davidwlittle@msn.com

_____s/Stephanie A. Horton_____

720916.1:620132:01310

2