# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES W. MAYFIELD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. CIV-06-571W |
| | ) |
| NATIONAL BASKETBALL ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF NBA ENTERTAINMENT, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NBA Entertainment, Inc. states that NBA Properties, Inc. is its parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

 s/Stephanie A. Horton
Graydon Dean Luthey, Jr., OBA #5568
Stephanie A. Horton, OBA #19834
HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma 74103-3708
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
dluthey@hallestill.com
shorton@hallestill.com

**ATTORNEYS FOR DEFENDANTS NATIONAL BASKETBALL ASSOCIATION, NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, NBA PROPERTIES, INC., NBA ENTERTAINMENT, INC., AND NBA MEDIA VENTURES, LLC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David W. Little
Law Offices of David Little
115 E. California Street
Suite 350
Oklahoma City, OK 73104
davidwlittle@msn.com

                                                  ____s/Stephanie A. Horton_____

721250.1:620132:01310