## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES W. MAYFIELD, et al.,** | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. CIV-06-571W |
| **NATIONAL BASKETBALL ASSOCIATION, et al.,** | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT
## OF NATIONAL BASKETBALL ASSOCIATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, National Basketball Association states that it does not have a parent corporation and that there is not a publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

 s/Stephanie A. Horton
Graydon Dean Luthey, Jr., OBA #5568
Stephanie A. Horton, OBA #19834
HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma 74103-3708
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
dluthey@hallestill.com
shorton@hallestill.com

**ATTORNEYS FOR DEFENDANTS NATIONAL BASKETBALL ASSOCIATION, NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, NBA PROPERTIES, INC., NBA ENTERTAINMENT, INC., AND NBA MEDIA VENTURES, LLC.**

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 6, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David W. Little
Law Offices of David Little
115 E. California Street
Suite 350
Oklahoma City, OK 73104
davidwlittle@msn.com

                                                               ____s/Stephanie A. Horton_____

721028.1:620132:01310