# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES W. MAYFIELD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )    Case No. CIV-06-571W |
| | ) |
| **NATIONAL BASKETBALL** | ) |
| **ASSOCIATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

Graydon Dean Luthey, Jr. of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. enters his appearance on behalf of Defendants National Basketball Association (the "**NBA**"), NBA Properties, Inc., NBA Entertainment, Inc., a division of NBA Properties, Inc., and NBA Media Ventures, LLC, (the "**NBA Defendants**") and New Orleans Hornets NBA Limited Partnership (the "**Hornets**").

Respectfully submitted,

 s/Graydon Dean Luthey, Jr. _____
Graydon Dean Luthey, Jr., OBA #5568
Stephanie A. Horton, OBA #19834
HALL, ESTILL, HARDWICK, GABLE,
 GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma 74103-3708
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
dluthey@hallestill.com
shorton@hallestill.com

1

**ATTORNEYS FOR DEFENDANTS NATIONAL BASKETBALL ASSOCIATION, NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, NBA PROPERTIES, INC., NBA ENTERTAINMENT, INC., AND NBA MEDIA VENTURES, LLC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 6, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David W. Little
Law Offices of David Little
115 E. California Street
Suite 350
Oklahoma City, OK 73104
davidwlittle@msn.com

                                                                                    s/Graydon Dean Luthey, Jr.

720917.1:620141:00210