IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

JAMES W. MAYFIELD et al., )
)
      Plaintiffs, )
)
vs. ) No. CIV-06-571-W
)
NATIONAL BASKETBALL ASSOCIATION, )
et al., )
      Defendants. )

FILED
APR 1 0 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

### ORDER

Upon review of the record, the Court

(1) GRANTS the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint filed on April 6, 2007, by defendants National Basketball Association, NBA Properties, Inc., NBA Entertainment, Inc., a division of NBA Properties, Inc., NBA Media Ventures, LLC, and New Orleans Hornets NBA Limited Partnership; and

(2) DIRECTS these defendants to answer or otherwise respond on or before May 9, 2007, to the allegations in the plaintiffs' complaint.

ENTERED this 10th day of April, 2007.

                                          LEE R. WEST
                                          UNITED STATES DISTRICT JUDGE[1]

---

[1]Defense counsel is ADVISED that proposed orders should be reflect approval and signature by the Court and not the Clerk of the Court.