# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES W. MAYFIELD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No. CIV-06-571W |
| ) | |
| **NATIONAL BASKETBALL** ) | |
| **ASSOCIATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF HOWARD L. GANZ

Defendants National Basketball Association (the "**NBA**"), NBA Properties, Inc., NBA Entertainment, Inc., a division of NBA Properties, Inc., and NBA Media Ventures, LLC (collectively, the "**NBA Defendants**") and New Orleans Hornets NBA Limited Partnership (the "**Hornets**"), respectfully move this Court for an order admitting Howard L. Ganz of Proskauer Rose LLP, in New York, New York, to this Court pro hac vice for the purposes of representing the Defendants in the above-styled matter. In support of this motion, Defendants state the following:

1. Howard L. Ganz is an attorney with Proskauer Rose LLP.

2. Howard L. Ganz is a member in good standing of the bar of the State of New York (#1080043). Mr. Ganz is admitted to practice in all courts within the State of New York. (See Mr. Ganz's Application for Admission *Pro Hac Vice* attached hereto.)

3. Mr. Ganz is expected to participate in the preparation and trial of this matter for the Defendants for all purposes in this action.

4. Pursuant to W.D.L.R. 83.3(b), Stephanie A. Horton is a resident of the State of Oklahoma and has been duly and regularly admitted to practice in this Court. Mrs. Horton has entered an appearance on behalf of the NBA Defendants and the Hornets and will continue in this case as counsel.

WHEREFORE, the Defendants respectfully request that this Court enter an order allowing the entry of appearance of Howard L. Ganz as counsel pro hac vice for the Defendants for all purposes in this action.

Respectfully submitted,

 s/Stephanie A. Horton
Graydon Dean Luthey, Jr., OBA #5568
Stephanie A. Horton, OBA #19834
HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma 74103-3708
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
dluthey@hallestill.com
shorton@hallestill.com

**ATTORNEYS FOR DEFENDANTS NATIONAL BASKETBALL ASSOCIATION, NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, NBA PROPERTIES, INC., NBA ENTERTAINMENT, INC., AND NBA MEDIA VENTURES, LLC.**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

David W. Little
Law Offices of David Little
115 E. California Street
Suite 350
Oklahoma City, OK 73104
davidwlittle@msn.com

                                                          _____s/Stephanie A. Horton_____

730131.1:620132:01310