# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JAMES W. MAYFIELD, et al., )
)
)
)
vs.                          Plaintiff(s) )   Case No. CIV-06-571W
NATIONAL BASKETBALL ASSOCIATION, et al., )
)
)
)
                             Defendant(s) )

### REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Howard L. Ganz

2. State bar membership number: NY - 1080043

3. Business address, telephone and fax numbers:

   1585 Broadway
   New York, NY 10036-8299
   T: 212.969.3000
   F: 212.969.2900

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   State of New York; U.S. District Court, New York (Southern District); U.S. District Court, New York (Eastern District); U.S. District Court, California (Northern District); U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Fourth Circuit; U.S. Court of Appeals, Ninth Circuit; U.S. Court of Appeals, District of Columbia Circuit; U.S. Supreme Court

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

   A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this _1st_ day of May 2007.

_Howard L. Ganz_
Signature of Applicant

005/rvsd 06-04