IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| JAMES W. MAYFIELD et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. CIV-06-571-W |
| ) | |
| NATIONAL BASKETBALL ASSOCIATION ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon review of the record, the Court GRANTS the Motions for Admission Pro Hac Vice [Docs. 21, 22, 23] filed on May 2, 2007, and hereby PERMITS attorneys Howard L. Ganz, Daniel R. Halem and Deidre A. Grossman to appear as co-counsel of record in this matter for defendants National Basketball Association, NBA Properties, Inc., NBA Entertainment, Inc., a division of NBA Properties, Inc., NBA Media Ventures, LLC, and New Orleans Hornets NBA Limited Partnership, subject to the payment by each of the required fee of $50.00, e.g., Rule 83.2(g), Rules of the United States District Court for the Western District of Oklahoma, submission by each of an entry of appearance, e.g., Rule 83.4, supra, and registration by each for electronic case filing within ten (10) days. E.g., Rule 83.2, supra.

ENTERED this 4/4 day of May, 2007.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

Mayfield et al v. National Basketball Association et al    Doc. 24