## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | **JAMES W. MAYFIELD,** | ) |
| 2. | **TERRY DURHAM,** | ) |
| 3. | **EDMUND MIDDLETON,** | ) |
| 4. | **MIKE MATHIS,** | ) |
| | | ) |
| | **Plaintiffs,** | ) |
| | | ) |
| | **vs.** | ) **Case No.: CIV-06-571W** |
| | | ) |
| | | ) |
| 5. | **NATIONAL BASKETBALL ASSOCIATION,** | ) |
| 6. | **ATLANTA HAWKS,** | ) |
| 7. | **BOSTON CELTICS,** | ) |
| 8. | **CHICAGO BULLS,** | ) |
| 9. | **CHARLOTTE BOBCATS,** | ) |
| 10. | **CLEVELAND CAVALIERS,** | ) |
| 11. | **DALLAS MAVERICKS,** | ) |
| 12. | **DENVER NUGGETS,** | ) |
| 13. | **DETROIT PISTONS,** | ) |
| 14. | **GOLDEN STATE WARRIORS,** | ) |
| 15. | **HOUSTON ROCKETS,** | ) |
| 16. | **INDIANA PACERS,** | ) |
| 17. | **LOS ANGELES CLIPPERS,** | ) |
| 18. | **LOS ANGELES LAKERS,** | ) |
| 19. | **MEMPHIS GRIZZLIES,** | ) |
| 20. | **MIAMI HEAT,** | ) |
| 21. | **MILWAUKEE BUCKS,** | ) |
| 22. | **MINNESOTA TIMBERWOLVES,** | ) |
| 23. | **NEW JERSEY NETS,** | ) |
| 24. | **NEW ORLEANS/OKLAHOMA CITY HORNETS,** | ) |
| 25. | **NEW YORK KNICKS,** | ) |
| 26. | **ORLANDO MAGIC,** | ) |
| 27. | **PHILADELPHIA SEVENTY-SIXERS,** | ) |
| 28. | **PHOENIX SUNS,** | ) |
| 29. | **PORTLAND TRAILBLAZERS,** | ) |
| 30. | **SACRAMENTO KINGS,** | ) |
| 31. | **SAN ANTONIO SPURS,** | ) |
| 32. | **SEATTLE SUPERSONICS,** | ) |
| 33. | **TORONTO RAPTORS,** | ) |
| 34. | **UTAH JAZZ,** | ) |
| 35. | **WASHINGTON WIZARDS,** | ) |
| 36. | **NBA PROPERTIES, INC.,** | ) |
| 37. | **NBA ENTERTAINMENT, INC.,** | ) |

Dockets.Justia.com

| | | |
|---|---|---|
| 38. | **NBA MEDIA VENTURES LLC,** | ) |
| 39. | **THE GUARDIAN,** | ) |
| 40. | **DENTAL GUARD PREFERRED,** | ) |
| 41. | **UNUM LIFE INSURANCE COMPANY** | ) |
| | **OF AMERICA,** | ) |
| 42. | **ALL THE PAST, CURRENT AND FUTURE** | ) |
| | **OWNERS, AFFILIATES, SUBSIDIARIES,** | ) |
| | **WELFARE AND RETIREMENT PLANS,** | ) |
| | **DIRECTORS, OFFICERS, EMPLOYEES,** | ) |
| | **AGENTS, PARTNERS AND SHAREHOLDERS** | ) |
| | **OF ANY OF THE FOREGOING** | ) |
| | | ) |
| | **Defendants.** | ) |

## ENTRY OF APPEARANCE OF LOREN F. GIBSON

Comes Now, Loren F. Gibson, of Gibson & Associates, P.L.C., and enters his appearance

in the above entitled and numbered cause on behalf of Plaintiffs' James Mayfield, Terry

Durham, Edmund Middleton and Mike Mathis. I am admitted to this Court and am

registered to receive documents electronically with this Court. I am associated with

David Little in representing the Plaintiffs in this cause.

Respectfully Submitted,


s/ Loren Gibson_____
Loren Gibson, OBA 14348
Gibson & Associates, P.L.C.
105 N. Hudson, Ste 312
Oklahoma City, OK 73102
405/270-0900
405/270-0903 (Fax)
Counsel for Plaintiffs

and

David W. Little, OBA # 14407
Law Offices of David W. Little
115 E. California – Bricktown
Miller-Jackson Building, Suite 350

2

Oklahoma City, OK  73104-2418
telephone:  (405) 236-4200
facsimile:  (405) 236-4205
toll-free: (888) 236-6791
ATTORNEY FOR PLAINTIFFS


**<u>Certificate of Service</u>**

I, Loren Gibson, hereby certify that the above was served this May 4, 2007 to the following ECF registrants, via the Court's ECF System,  in the above entitled cause:

Graydon Dean Luthey, Jr.
Stephanie Horton
Hall Estill-Tulsa
320 S. Boston, Ste 400
Tulsa, OK 74103
Counsel for NBA, New Orleans/ Oklahoma City Hornets,
NBA Properties Inc, NBA Entertainment Inc,
NBA Media Ventures LLC

<u>/s Loren Gibson</u>