# EXHIBIT 4

Dockets.Justia.com

## THE NBA REFEREES' PENSION PLAN

## APPLICATION FOR PENSION BENEFITS

Participant ___Edmund Middleton___  Date of Birth ___2/13/1943___  Soc. Sec. No. ___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___

Address ___56000 Pebble Beach___  ___La Quinta___  ___CA___  ___92253___
         Street        City     State     Zip Code

Beneficiary or
Joint Annuitant (if     Date of Birth _____     Soc. Sec. No. _____
applicable) _____

Address _____
         Street        City     State     Zip Code

## I.    REASON FOR PAYMENT

( )  Normal Retirement    ( )  Early Retirement    (x)  Deferred Retirement    ( )  Disability Retirement

Date of Termination ___1/15/1999___    Payment Determination Date ___**May 1, 2006**___
                                          To be completed by Plan Representative

## II.    FORM OF PAYMENT

Applicant, please select one option.

|  | | Participant's Benefit* | Survivor's Benefit* |
|---|---|---|---|
| [ ] | Qualified Joint and 50% Survivor Annuity to Spouse | $9,290.54 | $4,645.27 |
| [ ] | Straight Life Annuity | $10,988.25 | None |
| [ ] | Life Annuity Guaranteed for 120 months | $10,415.40 | Remaining balance of guaranteed payments. |
| [ ] | Joint and 100% Survivor Annuity to Spouse | $8,051.10 | $8,051.10 |
| [ ] | Periodic Payments not to Exceed Referee's Life Expectancy | N/A | Remaining balance, if any. |
| [X] | Single Lump Sum Payment | $1,661,342.10<br><br>*Amount to be inserted by Plan representative. | None.<br><br>* Amount to be inserted by Plan representative |

**Note:** If you are married, your pension will be paid to you as a Qualified Joint and 50% Survivor Annuity unless your spouse consents to your selection of one of the other optional forms of payments. Please read the attached Qualified Joint and 50% Survivor Annuity Explanation before you select a form of payment and then complete the necessary forms with your spouse.
If you are not married, your pension will be paid to you as a Life Annuity Guaranteed for 120 months unless you select an optional form of payment and complete and return the necessary forms.

{00121565-1}

**THE NBA REFEREES' PENSION PLAN**

**APPLICATION FOR PENSION BENEFITS**

Page 2

I hereby apply for my pension benefit to be paid to me in the Form of Payment I selected above. I understand that by selecting any optional form of payment, I have automatically waived the standard form of payment applicable to me and must complete and timely return the Waiver Form that applies to my choice. In addition, I understand that I must obtain timely written spousal consent if I am married and that such consent must be notarized. I understand that neither I nor my beneficiary or beneficiaries have any other claim for benefits under the Plan except as designated above. I agree to submit more information if needed to process my benefit payment(s). I understand that I have the right to a period of 30 days following receipt of the benefit election forms to consider my benefit election and that if I return the completed election forms before the 30 day period has elapsed I am waiving this right.

I hereby confirm that no portion of the pension benefit that I am applying for is subject to a Domestic Relations Order that could affect the payment of all or any portion of my pension benefit.

To the best of my knowledge, I have provided accurate information and I understand that the Plan has the right to recover any benefits paid to me as a result of any incorrect information I provided.

Participant's Signature _____   Date _6/13/06_

Plan Representative _____   Date _6/16/06_

Forms mailed or delivered to Participant   Date _June 5, 2006_

## THE NBA REFEREES' PENSION PLAN
### DIRECT ROLLOVER ELECTION

I have elected in my Pension Application to receive my pension benefit from the National Basketball Association Referees' Pension Plan in a single lump sum payment. I further direct the Plan to transmit: [X] 100% of my single lump sum as a Direct Rollover to; or [ ] $ _____ of my single lump sum payment as a Direct Rollover (with the remainder paid directly to me) to:

1. _Traditional IRA_ A.G.E.C (F·     _486 4547-1135._
   Name of Plan or IRA              IRA Account No. (If applicable)

2. _Ed Middleton_
   For the Benefit of

3. _A.G. Edwards & Sons, IRA·_
   Name of Trustee (or Custodian) of Plan or IRA to
   whom Direct Rollover is to be made

4. _73-993 Hwy 111 #100 Palm Desert, CA 92260_
   Address of Trustee (or Custodian) of Plan or IRA to whom Direct Rollover
   is to be made.

If I am directing the rollover of my benefit to a tax-qualified plan, I have attached a statement from that plan that (1) it is a qualified plan described in Section 401(a) of the Internal Revenue Code, annuity plan described in Section 403(b), or eligible deferred compensation plan described in Section 457(b) sponsored by a governmental employer, and (2) it will accept the direct rollover of your pension benefit.

I hereby acknowledge that I have received and read the Special Tax Notice Regarding Plan Payments and understand that the 20% of the payment made directly to me will be deducted and withheld for federal income taxes.

_6/01/06_
Date                                    Participant's Signature

_Edmund Middleton_
Name (Please Print)

STATE OF _CA_          )
                       ) ss.:
COUNTY OF _Riverside_  )

I, _Michele M. Lulow_ , a notary public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that _Edmund Middleton_ is personally known to me to be the same person whose name is subscribed to the foregoing, and acknowledges that _he_ appeared before me this day in person and that _he_ signed, sealed, and delivered the said instrument as h_is_ free and voluntary act, for the uses and purposes therein set forth.

GIVEN under my hand and official seal, this _1st_ day of _June_ 20_06_

NOTARY PUBLIC _Michele M Lulow_

Commission expires _5/17/2010_ , 20_10_

MICHELE M. LULOW
COMM. #1659600
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
Commission Expires MAY 17, 2010

{00121562-1}