IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES W. MAYFIELD, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| vs. | )    Case No. CIV-06-571W |
| **NATIONAL BASKETBALL ASSOCIATION, et al.,** | ) ) ) |
| Defendants. | ) ) |

### ENTRY OF APPEARANCE

Daniel R. Halem, of Proskauer Rose LLP, in New York, New York, enters his appearance on behalf of Defendants National Basketball Association (the "**NBA**"), NBA Properties, Inc., NBA Entertainment, Inc., a division of NBA Properties, Inc., and NBA Media Ventures, LLC, (the "**NBA Defendants**") and New Orleans Hornets NBA Limited Partnership (the "**Hornets**").

I certify that I am admitted to practice in this court *pro hac vice* and am registered to file documents electronically with this Court.

Respectfully submitted,

s/Daniel R. Halem
Howard L. Ganz, NY Bar #1080043
Daniel R. Halem, NY Bar #2496024
Deidre A. Grossman, NY Bar #2855344
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

-and -

Graydon Dean Luthey, Jr., OBA #5568
Stephanie A. Horton, OBA #19834
HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma 74103-3708
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
dluthey@hallestill.com
shorton@hallestill.com

**ATTORNEYS FOR DEFENDANTS NATIONAL BASKETBALL ASSOCIATION, NEW ORLEANS HORNETS, NBA LIMITED PARTNERSHIP, NBA PROPERTIES, INC., NBA ENTERTAINMENT, INC., AND NBA MEDIA VENTURES, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

David W. Little
Law Offices of David Little
115 E. California Street
Suite 350
Oklahoma City, OK 73104
davidwlittle@msn.com

Loren Gibson
Gibson & Associates, P.L.C.
105 N. Hudson, Ste. 312
Oklahoma City, OK 73102
lgibson@legalavenger.net

s/Daniel R. Halem

735764.1:620132:01310