IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JAMES W. MAYFIELD, | ) | |
| 2. TERRY DURHAM, | ) | |
| 3. EDMUND MIDDLETON, | ) | |
| 4. MIKE MATHIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-06-571W |
| | ) | |
| | ) | |
| 5. NATIONAL BASKETBALL ASSOCIATION, | ) | |
| Et al., | ) | |
| Defendants. | ) | |

**Motion to Enlarge Response to Defendants' Motion to Dismiss**

Comes Now, Plaintiffs, by and through Counsel, and respectfully moves the Court to enlarge Plaintiffs' deadline to respond to Defendants' May 9, 2007 Motion to Dismiss [Dkct. No. 27] for 30 days until June 28, 2007. In support hereof, Plaintiffs state as follows:

1. On May 9, 2007, Defendants filed a voluminous Motion to Dismiss, consisting of three propositions, 25 pages, 35 case citations, and over 200 hundred pages of attached affidavits and attachments. The undersigned is set for a lengthy trial before the Oklahoma Merit Protection Commission on Monday June 4, 2007, which has necessitated a considerable amount of preparation time. In short, Plaintiffs' request the 30 day enlargement to provide sufficient time to adequately respond to the lengthy motion.

2. Counsel for Defendants, as reflected in the attached email of May 25, 2007 does not object to this request.

1

3. Counsel for Plaintiffs, David Little, previously agreed to Defendants' request to enlarge their deadline by 30 days to respond to the Complaint and file the present Motion to Dismiss, which this Court granted. [Dkct. No. 20]

4. As a separate motion, Counsel for Plaintiff's further intend to request the Court to stay this matter pending arbitration under the Collective Bargaining Agreement as on May 23, 2007 the National Basketball Referees Association requested such from Defendant NBA. (copy attached) The Defendants intend to object to such motion, as reflected in the attached May 25, 2007 email of Mr. Howard Ganz. This motion will further provide time for the Defendants to file a response to the motion to stay and for the Court to consider such.

5. This motion will not impact any other deadlines as there has not yet been a scheduling order.

6. This motion is not to vex or harass any party.

Wherefore, Premises Considered, Plaintiffs request the Court enlarge the deadline to respond to Defendants' Motion to Dismiss by thirty (30) days.

Respectfully Submitted,

s/ Loren Gibson
Loren Gibson, OBA 14348
Gibson & Associates, P.L.C.
105 N. Hudson, Ste 312
Oklahoma City, OK 73102
405/270-0900
405/270-0903 (Fax)
Counsel for Plaintiffs

and

2

>David W. Little, OBA # 14407
>Law Offices of David W. Little
>115 E. California – Bricktown
>Miller-Jackson Building, Suite 350
>Oklahoma City, OK  73104-2418
>telephone:  (405) 236-4200
>facsimile:  (405) 236-4205
>toll-free: (888) 236-6791
>ATTORNEY FOR PLAINTIFFS

**Certificate of Service**

I, Loren Gibson, hereby certify that the above was served this May 29, 2007 to the following ECF registrants, via the Court's ECF System, in the above entitled cause:

Howard Ganz
Daniel Halem
Deidre Grossman
Proskauer Rose
1585 Broadway
New York, NY 10036


Graydon Dean Luthey, Jr.
Stephanie Horton
Hall Estill-Tulsa
320 S. Boston, Ste 400
Tulsa, OK 74103

Counsel for NBA, New Orleans/ Oklahoma City Hornets,
NBA Properties Inc, NBA Entertainment Inc,
NBA Media Ventures LLC

/s Loren Gibson