## Loren Gibson

**From:** Ganz, Howard [HGanz@proskauer.com]
**Sent:** Friday, May 25, 2007 4:45 PM
**To:** Loren Gibson
**Cc:** David Little; Graydon Dean Luthey; Stephanie Horton; Halem, Daniel; Grossman, Deidre
**Subject:** RE: Mayfield v. NBA- Western District Oklahoma CIV-06-571-W

Dear Mr. Gibson:

We do not believe that our involvement in other matters or the letter recently sent to the NBA by the General Counsel of the National Basketball Referees Association provide a basis either for an extension of plaintiffs' time to respond to defendants' motion to dismiss or for a stay pending arbitration. That being said, we will, as a courtesy, consent to a 30-day enlargement of plaintiffs' time to respond to the motion to dismiss, subject to your providing us in advance with copies of any papers you intend to file with the Court in support of your application for such an enlargement.

Howard L. Ganz | PROSKAUER ROSE LLP
1585 Broadway | New York, NY 10036-8299
v: 212.969.3035 | f: 212.969.2900
hganz@proskauer.com | www.proskauer.com

---

**From:** Loren Gibson [mailto:lgibson@legalavenger.net]
**Sent:** Friday, May 25, 2007 12:25 PM
**To:** Ganz, Howard; Halem, Daniel; Grossman, Deidre; Graydon Dean Luthey; Stephanie Horton
**Cc:** David Little
**Subject:** Mayfield v. NBA- Western District Oklahoma CIV-06-571-W

Dear Defendants'' Counsel:

I have included all Counsel of Record for Defendants given the holiday weekend, Mr. Ganz' publicized involvement in the Jason Giambi matter and the upcoming deadline next Tuesday for our response the Defendants' Motion to Dismiss (a/k/a motion for summary judgment). In light of the request by the National Basketball Referees Association, as reflected in the May 23, 2007 letter from its General Counsel Brian Lam to the NBA, for arbitration of this matter, the Plaintiffs intend to request the Court to stay the present suit pending arbitration or other response from the NBA to the NBRA's request. Plaintiffs further intend to request a 30 day enlargement of their response to Defendants' motion to dismiss (presently due 5-29-07) to provide the NBA sufficient time to respond to

the NBRA and to accommodate the schedules of Plaintiffs' Counsel in responding to the voluminous motion and related materials. I am aware that Mr. Little agreed to the Defendants' request for a 30 day enlargement of time to respond to the Complaint.

Please promptly advise as to the Defendants' position on this matter so that we may appropriately advise the Court in our motion.

The above, including any attachment(s), is intended only for the named recipient(s). This email contains confidential information, which is presumptively protected under the attorney-client or work product privileges. You are advised that any review, retransmission, dissemination or other use of this information, directly or indirectly, by persons or entities other than the named recipient, or their agent(s), is strictly prohibited. If you received this in error, you are requested to please immediately advise the sender via telephone or email, and remove the message from all electronic servers, hard drives, electronic storage devices, and to destroy all hard copies. Your cooperation is appreciated in advance.

*Loren Gibson, Esq.*
**Gibson & Associates, P.L.C.**
**105 N. Hudson, Ste 312**
**Oklahoma City, OK 73102**
**(405)270-0900**
**(405)270-0903 (fax)**

```
*************************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

*************************************************************
This message and its attachments are sent from a law firm
 and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

===========================================================
```