IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

JAMES W. MAYFIELD et al., )
)
    Plaintiffs, )
)
vs. ) No. CIV-06-571-W
)
NATIONAL BASKETBALL )
ASSOCIATION et al., )
)
    Defendants. )

FILED
MAY 30 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

### ORDER

Upon review of the record, the Court

(1) GRANTS the plaintiffs' Motion to Enlarge Response filed on May 29, 2007; and

(2) DIRECTS the plaintiffs to file their response to the defendants' Motion to Dismiss on or before June 28, 2007.

ENTERED this 30th day of May, 2007.

LEE R. WEST
UNITED STATES DISTRICT JUDGE