# GIBSON & ASSOCIATES, P.L.C.

*Trial Lawyers*

**Loren Gibson, Esq.**

<u>Of Counsel</u>

**Joe Biscone**

**Bryce Johnson**

**Joe Carson**

**Catherine Burton**

(405) 270-0900
Hightower Bldg.
105 N. Hudson, Suite 312
Oklahoma City, OK 73102

*Fax:* 405-270-0903
*Email:* info@legalavenger.net

June 19, 2007

Via Email & Regular Mail
dhalem@proskauer.com

Daniel R Halem
Proskauer Rose
1585 Broadway
New York, NY 10036-8299

Re: Mayfield et al v. NBA

Dear Mr. Halem:

    Brian Lam, General Counsel for the NBRA, advised that on June 12, 2007 he discussed with you the NBA's response to Mr. Lam's letter of May 23, 2007. As I understand it, you have requested from myself and Mr. David Little a clarification as to what issues are desired to be arbitrated under the NBA/NBRA collective bargaining agreement(s).

    Please be advised that James Mayfield and the Estate of Ed Middleton request arbitration of their claims under the 1995 CBA. While Terry Durham and Mike Mathis request arbitration under the 1999 CBA. All four request arbitration concerning the NBA's obligation to pay fringe benefit insurance premiums/benefits for medical, dental and life insurance, and for unjust termination (or alternatively termination without any cause).

    I trust this will assist you in formulating a response to Mr. Lam's letter. Please call, if you have any questions.

Sincerley,

Loren Gibson

cc: Brian Lam, David Little

Member:
Order of Barristers    Association of Trial Lawyers of America    Who's Who in American Law
National Employment Lawyers Association    Oklahoma Trial Lawyers Association