## Loren Gibson

| | |
|---|---|
| **From:** | Loren Gibson [lgibson@legalavenger.net] |
| **Sent:** | Tuesday, June 12, 2007 11:37 AM |
| **To:** | 'Lam, Brian'; 'David Little' |
| **Cc:** | 'elm@perennialsg.com' |
| **Subject:** | RE: NBA |
| **Attachments:** | Loren Gibson, Esq.vcf |

Just pick a time and I'll arrange to participate in the call.

The above, including any attachment(s), is intended only for the named recipient(s). This email contains confidential information, which is presumptively protected under the attorney-client or work product privileges. You are advised that any review, retransmission, dissemination or other use of this information, directly or indirectly, by persons or entities other than the named recipient, or their agent(s), is strictly prohibited. If you received this in error, you are requested to please immediately advise the sender via telephone or email, and remove the message from all electronic servers, hard drives, electronic storage devices, and to destroy all hard copies. Your cooperation is appreciated in advance.

*Loren Gibson, Esq.*
Gibson & Associates, P.L.C.
105 N. Hudson, Ste 312
Oklahoma City, OK 73102
(405)270-0900
(405)270-0903 (fax)

---

**From:** Lam, Brian [mailto:blam@perennialsg.com]
**Sent:** Tuesday, June 12, 2007 10:45 AM
**To:** David Little; Loren Gibson
**Cc:** elm@perennialsg.com
**Subject:** NBA

David and Loren:

I just received a phone call from Dan Halem at Proskauer Rose in New York, who represents the NBA on all issues involving your clients' claims.

Would you be available for a conference call with me to discuss my phone call with him, perhaps later this afternoon or Thursday?

Regards,
Brian Lam

6/27/2007