IN THE UNITED STATES DISTRICT COURT FOR **FILED**

THE WESTERN DISTRICT OF OKLAHOMA          JUN 28 2007

JAMES W. MAYFIELD et al.,           )
                                    )          ROBERT D. DENNIS, CLERK
           Plaintiffs,              )          U.S. DIST. COURT, WESTERN DIST. OF OKLA.
                                    )          BY_____DEPUTY
vs.                                 )          No. CIV-06-571-W
                                    )
NATIONAL BASKETBALL                 )
ASSOCIATION et al.,                 )
                                    )
           Defendants.              )

## ORDER

Acknowledging that the defendants have objected to the relief requested by the plaintiffs, the Court upon review of the record

(1) GRANTS the plaintiffs' Second Motion to Enlarge Response filed on June 28, 2007;

(2) DIRECTS the plaintiffs to file their response to the defendants' Motion to Dismiss on or before July 13, 2007;[1]

(3) ADVISES the plaintiffs that no further extensions of time to respond to this motion will be granted absent agreement of all parties; and

(4) REMINDS the parties that the Rules of the United States District Court for the Western District of Oklahoma were revised as of June 15, 2007, and that all papers and pleadings that do not comply with the revised rules may be summarily

---

[1]Pursuant to Rule 7.1(i), Rules of the United States District Court for the Western District of Oklahoma, as revised on June 15, 2007, the defendants may file, without leave of the Court, a reply to any new matter raised in the plaintiffs' response. The reply, which is due eleven (11) days after the response is filed, is limited to ten (10) pages in length and may not be used to reargue points and authorities included in the defendants' Motion to Dismiss.

stricken.[2]

ENTERED this _28th_ day of June, 2007.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

---

[2]See, e.g., Rules 7.1(d), 7.1(e), Rules of the United States District Court for the Western District of Oklahoma.