# NATIONAL BASKETBALL ASSOCIATION
# PRELIMINARY INFORMATION SHEET

For Continuation of Health Care Privileges

| Client Name: NBA | Control #: 16144  Region: N | Cust. ID: 516 |
|---|---|---|
| Employee Name: Edmund Middleton | Social Security # 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 | Branch: Referee |
| Street Address: 56000 Pebble Beach | City: La Quinta | |
| State: CA | Zip Code: 92253 | Phone: (760) 771-1810 |
| Participant Name (if not employee): N/A | SS#: N/A | Marital Status: |
| Qualifying Event: Cessation of Work | Qualifying Event Date: 11/3/98 - date of disability resulting in end of employment | Sex: Male |
| Date of Birth: 02/13/1943 | Date of Hire: 09/01/1976 | Waiting Period Begin Date: N/A |
| Termination Date: Coverage terminated: 05/18/2004 | Active Coverage Begin Date: N/A | |
| Coverage Tier Level: (circle one)  Participant Only | Participant and one Dependant | Family (circled) |

### Current Coverage Available for Continuance - Plan Name (Including HMOs)

| | Plan Code | Plan Name | Subsidy Rate | COBRA Rate |
|---|---|---|---|---|
| Medical: | GUAMPP | Guardian Medical PPO | | $1,121.26 |
| Dental: | GUAMPP | Guardian Medical PPO | | $82.33 |

### Dependent Data For Qualified Dependents:

| Name | Birth Date | Sex | SS# | Relationship |
|---|---|---|---|---|
| Shella Middleton | | Female | | Spouse |
| Christopher Middleton | | Male | | Son |
| | | | | |
| | | | | |
| | | | | |

**TO BE COMPLETED BY SHPS**

| Current Premium Branch: | Current Claim Branch: |
|---|---|
| COBRA Premium Branch: | COBRA Claim Branch: |

| Benefit Representative Signature  Rafeena Ally | Phone Number (201) 974-6531 | Date |
|---|---|---|

# NATIONAL BASKETBALL ASSOCIATION
# PRELIMINARY INFORMATION SHEET

For Continuation of Health Care Privileges

| | | |
|---|---|---|
| **Client Name:** NBA | **Control #:** 16144<br>**Region:** N | **Cust. ID:** 516 |
| **Employee Name:**<br>Woody Mayfield | **Social Security #**<br>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 | **Branch:**<br>Referee |
| **Street Address:**<br>2016 Brookfield Drive | **City:**<br>Norman | |
| **State:** OK | **Zip Code:** 73072 | **Phone:** (405) 447-3867 |
| **Participant Name (if not employee):** N/A | **SS#:** N/A | **Marital Status:** |
| **Qualifying Event:** Cessation of Work | **Qualifying Event Date:** 2/98 - date of disability resulting in end of employment | **Sex:** Male |
| **Date of Birth:** 07/25/1948 | **Date of Hire:** 06/01/1988 | **Waiting Period Begin Date:** N/A |
| **Termination Date:** Coverage terminated: 05/18/2004 | **Active Coverage Begin Date:** N/A | |
| **Coverage Tier Level: (circle one)**<br>Participant Only | Participant and one Dependant | **Family** (circled) |

Current Coverage Available for Continuance - Plan Name (including HMOs)

| | Plan Code | Plan Name | Subsidy Rate | COBRA Rate |
|---|---|---|---|---|
| **Medical:** | GUAMPP | Guardian Medical PPO | | $1,121.26 |
| **Dental:** | GUAMPP | Guardian Medical PPO | | $82.33 |

Dependent Data For Qualified Dependents:

| Name | Birth Date | Sex | SS# | Relationship |
|---|---|---|---|---|
| Linda Mayfield | | Female | | |
| | | | | |
| | | | | |
| | | | | |

**TO BE COMPLETED BY SHPS**

| | |
|---|---|
| **Current Premium Branch:** | **Current Claim Branch:** |
| **COBRA Premium Branch:** | **COBRA Claim Branch:** |

| Benefit Representative Signature<br>*Rafeena Ally* | Phone Number<br>(201) 974-6531 | Date |
|---|---|---|
| | | |

# NATIONAL BASKETBALL ASSOCIATION
# PRELIMINARY INFORMATION SHEET

For Continuation of Health Care Privileges

| | | |
|---|---|---|
| **Client Name:** NBA | **Control #:** 16144  **Region:** N | **Cust. ID:** 516 |
| **Employee Name:** Michael Mathis | **Social Security #** 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 | **Branch:** Referee |
| **Street Address:** 559 Asbury Road | **City:** Cincinnati | |
| **State:** OH | **Zip Code:** 45255 | **Phone:** (513) 231-9015 |
| **Participant Name (if not employee):** N/A | **SS#:** N/A | **Marital Status:** |
| **Qualifying Event:** Cessation of Work | **Qualifying Event Date:** 12/18/01 - date of disability resulting in end of employment | **Sex:** Male |
| **Date of Birth:** 11/20/1942 | **Date of Hire:** 09/01/1976 | **Waiting Period Begin Date:** N/A |
| **Termination Date:** Coverage terminated: 05/18/2004 | **Active Coverage Begin Date:** N/A | |
| **Coverage Tier Level: (circle one)**  Participant Only | Participant and one Dependant | ~~Family~~ |

Current Coverage Available for Continuance - Plan Name (including HMOs)

| | Plan Code | Plan Name | Subsidy Rate | COBRA Rate |
|---|---|---|---|---|
| **Medical:** | GUAMPP | Guardian Medical PPO | | $1,121.26 |
| **Dental:** | GUAMPP | Guardian Medical PPO | | $82.33 |

Dependent Data For Qualified Dependents:

| Name | Birth Date | Sex | SS# | Relationship |
|---|---|---|---|---|
| Sharon Mathis | | Female | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TO BE COMPLETED BY SHPS**

| | |
|---|---|
| **Current Premium Branch:** | **Current Claim Branch:** |
| **COBRA Premium Branch:** | **COBRA Claim Branch:** |

| Benefit Representative Signature  *Rafeena Ally* | Phone Number  (201) 974-6531 | Date |
|---|---|---|
| | | |

# NATIONAL BASKETBALL ASSOCIATION
# PRELIMINARY INFORMATION SHEET

For Continuation of Health Care Privileges

| Client Name: NBA | Control #: 16144  Region: N | Cust. ID: 516 |
|---|---|---|
| Employee Name: Terry Durham | Social Security # 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 | Branch: Referee |
| Street Address: 13215 NW Logie Trail Road | City: Hillsboro | |
| State: Oregon | Zip Code: 97124 | Phone: 503-647-0042 |
| Participant Name (if not employee): N/A | SS#: N/A | Marital Status: Married |
| Qualifying Event: Cessation of Work | Qualifying Event Date: 12/24/01 — date of disability resulting in end of employment | Sex: Male |
| Date of Birth: 05/03/1945 | Date of Hire: 09/01/1978 | Waiting Period Begin Date: N/A |
| Termination Date: Coverage terminated: 05/18/2004 | Active Coverage Begin Date: N/A | |
| Coverage Tier Level: (circle one)  Participant Only | Participant and one Dependant | Family |

Current Coverage Available for Continuance - Plan Name (Including HMOs)

| | Plan Code | Plan Name | Subsidy Rate | COBRA Rate |
|---|---|---|---|---|
| Medical: | GUAMPP | Guardian Medical PPO | | $1121.26 |
| Dental: | GUAMPP | Guardian Medical PPO | | $82.33 |

Dependent Data For Qualified Dependents:

| Name | Birth Date | Sex | SS# | Relationship |
|---|---|---|---|---|
| Lesley Durham | 7/18/1950 | Female | | Spouse |
| Jacqueline Durham | 10/28/1984 | Female | | Daughter |
| Krista Durham | 1/5/1983 | Female | | Daughter |
| | | | | |
| | | | | |

**TO BE COMPLETED BY SHPS**

| Current Premium Branch: | Current Claim Branch: |
|---|---|
| COBRA Premium Branch: | COBRA Claim Branch: |

| Benefit Representative Signature  Rafeena Ally | Phone Number  (201) 974-6531 | Date |
|---|---|---|
| | | |