# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOCA RATON
NEWARK
PARIS

**Howard L. Ganz**
Member of the Firm

Direct Dial: 212.969.3035
hganz@proskauer.com

October 26, 2004

**BY FAX**

David W. Little, Esq.
David W. Little, P.C.
115 E. California-Bricktown
Miller-Jackson Building, Suite 350
Oklahoma City, OK 73104

Re: Woody Mayfield
Ed Middleton
Mike Mathis
Terry Durham
Paul Mihalik

Dear Mr. Little:

The NBA has asked me to respond to your letter to Robert Criqui, dated October 6, 2004.

It is the NBA's position that, if and to the extent the Summary Plan Description provides additional administrative remedies to the former NBA referees named above, those individuals need not further exhaust any such remedies.

Very truly yours,

*Howard L. Ganz*

Howard L. Ganz

Dockets.Justia.com