## Affidavit of Loren Gibson

I, Loren Gibson, being of lawful age do state upon my oath and personal knowledge as follows:

1. I am Counsel of Record in the case styled, Mayfield, et al, v. NBA, et al, Western District of Oklahoma, CIV-06-571W.

2. This action has not had a discovery conference, so that pursuant to Western District of Oklahoma Local Rules the Defendants are not yet required to respond to discovery request. No discovery has occurred, or reasonably could have occurred, to this point of this action.

3. I have read and am familiar with the factual and legal recitations made by Plaintiffs in support of their FRCP Rule 56(f) application for enlargement of time to conduct discovery as set forth in their Response to Defendants' Motion to Dismiss. The explanations provided therein are true and accurate to the best of my knowledge and belief, and to my understanding demonstrate the need to such discovery in this case.

Further affiant Sayeth Not.

_____
Loren Gibson

Notary Statement

    The above and foregoing person, Loren Gibson, personally appeared before me and affixed his hand to this document on the date and place affixed herein.

_[signature]_
Notary Public

SHERRI GIBSON
Notary Public, State of Oklahoma
Commission # 03007993
My Commission Expires May 16, 2011

my commission expires

Date 7/13/07