Mayfield et al v. National Basketball Association et al
Case 5:06-cv-00571-W   Document 39-2   Filed 07/31/2007   Page 1 of 5
Doc. 39 Att. 1

# EXHIBIT 1 TO THE DECLARATION OF DANIEL R. HALEM

**EXHIBIT D**

| | Guardian Preferred Provider Organization In-Network | Out-of-Network |
|---|---|---|
| | Plan maximums are combined for care received from a preferred or non-preferred provider. | |
| **Calendar Year Deductible** Individual | N/A | $200 |
| Family Maximum | N/A | $500 |
| 4th Quarter Carryover | N/A | Yes |
| **Coinsurance** | 100% | 80% |
| **Out-of-Pocket Limit (excluding deductible)** Individual | N/A | $1,000 |
| Family Maximum | N/A | $2,500 |
| Medical Lifetime Maximum | UNLIMITED | UNLIMITED |
| Physician Office Visit | 100% after $10 co-pay | 80% after deductible |
| Lab. & X-Ray Services | 100% | 80% after deductible |
| **Inpatient Hospital** Room & Board | 100% | 80% after deductible |
| Physician Services | 100% | 80% after deductible |
| Emergency Room | 100% | 80% after deductible |
| **Maternity** Prenatal & Postnatal Care | 100% after $10 co-pay | 80% after deductible |
| Delivery/Newborn Nursery Care | 100% | 80% after deductible |
| **Well-Child Care** (Including office visits, immunizations, etc.) | In the first year of life, 6 exams are covered at 100%, in the second year of life, 3 exams are covered. From age 2 to 6, one exam is covered every year, after age 6, one exam is covered every other year through age 18. | In the first year of life, 6 exams are covered at 100%, in the second year of life, 3 exams are covered. From age 2 to 6, one exam is covered every year, after age 6, one exam is covered every other year through age 18. |

| Medical Benefits | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Private Duty Nursing (Subject to carrier's determination of medical necessity and approval) | Covered Out-of-Network | The first $2,000 in eligible charges are covered at 80% after deductible, subject to regular plan co-insurance thereafter. (80% coinsurance will apply to the first $2,000 of private duty nursing charges and does not count toward satisfying the out of pocket maximums). |
| Chiropractic Care (Spinal Manipulation) | 100% after $10 co-pay up to 30 visits per calendar year. | 80% after deductible up to 30 visits per calendar year. |
| Disease or Deformity of the Feet | 100% after $10 co-pay up to $2,500 per calendar year. | 80% after deductible up to $2,500 per calendar year. |
| Mental/Nervous Care<br><br>Inpatient | 30 days per calendar year. Mandated as any other illness. | 30 days per calendar year. Mandated as any other illness |
| Outpatient | $50 per visit maximum 30 visits per calendar year. | $50 per visit maximum 30 visits per calendar year. |
| Alcohol and Drug Abuse<br><br>Inpatient (Confined to a Hospital, Alcohol Abuse Center or Drug Abuse Center) | 60 days per calendar year Mandated as any other illness | 60 days per calendar year Mandated as any other illness |
| Outpatient (Treatment must be rendered in facilities in NY State that are certified by: (a) the division of alcoholism and alcohol abuse; and (b) the division of drug abuse services respectively; as medically supervised ambulatory drug abuse programs). | 100% after $10 co-pay up to 60 visits per benefit year. Of these, 20 visits may be for other family members. | 80% after deductible up to 60 visits per benefit year. Of these, 20 visits may be for other family members. |
| Second Surgical Opinion (if required)<br><br>Penalty for Non-Compliance | Doctor's Responsibility<br><br>Doctor's Responsibility | Employee's Responsibility<br><br>$500 per occurrence |
| Hospital Precertification Review<br><br>Penalty for Non-Compliance | Doctor's Responsibility<br><br>Doctor's Responsibility | Employee's Responsibility<br><br>$500 per occurrence |
| All Other Covered Charges (ie., Drugs Supplies, Durable Medical Equipment, Ambulance, etc.) | Covered Out-of-Network | 80% after deductible |

This is intended only as a general summary of benefits. A more complete description of benefits and the terms under which they are provided, including limitations and exclusions, are contained in the Group Certificate Booklet.PPO94NY



# GUARDIAN®

EXHIBIT D

PROPOSED PPO PLAN WHICH DUPLICATES STAFF DENTAL PLAN
NBA REFEREE / POLICY 208282

PPO Dental Plan ZD
DentalGuard 3

| The Guardian PPO ZD | In-Network | Out-of-Network |
|---|---|---|
| Calendar Year Deductible<br>• Individual<br>• Family<br>Note: The deductible and maximums are combined for in and out-of-network services. | $50.00<br>3 per family | $50.00<br>3 per family |
| Annual Maximum | $2,000 | $2,000 |
| Preventive and Diagnostic Services<br>• Oral Examinations<br>• X-rays<br>• Teeth Cleaning<br>• Flouride Treatments for Children<br>• Space Maintainers<br>• Topical Sealants | 100% | 100% |
| Basic Services<br>• Laboratory Tests<br>• Fillings<br>• Root Canals | 80% | 80% |
| Major Services<br>• Gold and Porcelain Fillings<br>• Gold and Porcelain Crowns<br>• Installation of Bridgework and Crowns | 60% | 50% |
| Deductible Waived for Preventive Services | Yes | No |
| Child Orthodontia UNTIL AGE 19<br>Note: Ortho is not part of the network and is reimbursed the same regardless of the provider used. | 50% to a lifetime maximum of $2,000 | 50% to a lifetime maximum of $2,000 |